# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN** *(Noon E.S.T.)* December 6, 1999
**Panel Fax No.:** (202) 502-2888

MDL DOCKET No. 1329 -- In re **RealNetworks, Inc., Privacy Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Mr. Michael T. Lair, plaintiff

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

<u>Lair v. RealNetworks, Inc.</u>, No. C99-1819-C (W.D. Wash.)

*************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

November 30, 1999                               *[signature]* Cliff Cantor
────────────────                                ────────────────────────
       Date                                     Signature of Attorney or Designee

**Name and Address of Designated Attorney:**   Clifford A. Cantor
                                                LAW OFFICES OF CLIFFORD A. CANTOR
                                                627 – 208th Ave. SE
                                                Redmond, WA 98053-7033

Telephone No.: (425) 868-7813                                    Fax No.: (425) 868-7870

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

## OFFICIAL FILE COPY                                         JPML Form 18

IMAGED DEC 8 '99

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN (Noon E.S.T.) December 6, 1999
Panel Fax No.: (202) 502-2888

MDL DOCKET No. 1329 -- In re RealNetworks, Inc., Privacy Litigation

### NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant—attach list if necessary):

RealNetworks, Inc. - Defendant

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Please see attached list.

***

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

December 5, 1999
Date

_____
Signature of Attorney or Designee

Name and Address of Designated Attorney:
Melvin R. Goldman
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Telephone No.: (415) 268-7000

Fax No.: (415) 268-7522

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THIS APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

## Short Case Caption List

1. *David Keel v. RealNetworks, Inc.*, Western District of Washington, No. 99-1817C

2. *Michael T. Lair v. RealNetworks, Inc.*, Western District of Washington, No. C99-1819C

3. *Elisha Olson v. RealNetworks, Inc.*, Western District of Washington, No. C99-1835Z

4. *Richard Scarangella v. RealNetworks, Inc.*, Western District of Washington, No. C99-1865R

5. *Michael Lieschke v. RealNetworks, Inc.*, Northern District of Illinois, No. 99C 7274

6. *Todd Simon v. RealNetworks, Inc.*, Northern District of Illinois, No. 99C 7380

7. *John Starrett v. RealNetworks, Inc.*, Eastern District of Pennsylvania, No. 99-5569

8. *Gavin Bell v. RealNetworks, Inc.*, Eastern District of New York, No. 99 CV7376

9. *Avi Mandel v. RealNetworks, Inc.*, Eastern District of New York, No. 99 CV7556

10. *Jeffrey Wilens v. RealNetworks, Inc.*, Central District of California, No. SACV99-1446DOC (ANX)

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1999 DEC -6 A 10: 21

RECEIVED CLERK'S OFFICE

ny-240837

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN** *(Noon E.S.T.)* December 6, 1999
**Panel Fax No.:** (202) 502-2888

MDL DOCKET No. **1329**-- In re **RealNetworks, Inc., Privacy Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Michael Lieschke -- Plaintiff
Robert Jackson -- Plaintiff
Todd Simon -- Plaintiff

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

In re RealNetworks. Inc. Litigation, 99 C 7274 (N.D. Illinois)

(Consolidated on November 16, 1999. Original case captions were:

Lieschke, et al. v. RealNetworks, Inc., 99 C 7274 (N.D. Illinois) 11/8/99
Simon v. RealNetworks Inc., 99 C 7380 (N.D. Illinois) 11/12/99)

****************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 11/30/99 | _____ |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Adam J. Levitt, Miller Faucher Cafferty and Wexler LLP, 30 North LaSalle Street, Suite 3200, Chicago Illinois 60602

Telephone No.: (312) 782-4880                Fax No.: (312) 782-4485

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN *(Noon E.S.T.)* December 6, 1999
Panel Fax No.: (202) 502-2888

MDL DOCKET No. 1329-- In re **RealNetworks, Inc.**, Privacy Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant—attach list if necessary):

John Starrett, Stephen Johns, John P. Meyers, Plaintiffs

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Starrett, et al. v. RealNetworks, Inc., Civil Action No. 99-CV-5569 (CN), United States District Court for the Eastern District of Pennsylvania

************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

December 3, 1999
Date

Signature of Attorney or Designee

Name and Address of Designated Attorney:
David H. Weinstein
1608 Walnut Street, Suite 1400
Philadelphia, PA   19103

Telephone No.: (215) 545-7200

Fax No.: (215) 545-6535

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18