JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

APR 12 2000

FILED
CLERK'S OFFICE

## DOCKET NO. 1329

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE REALNETWORKS, INC., PRIVACY LITIGATION

*Cotrone, et al. v. RealNetworks, Inc.*, W.D. Washington, C.A. No. 2:00-330

### CONDITIONAL TRANSFER ORDER (CTO-2)

On February 10, 2000, the Panel transferred three civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable Charles P. Kocoras.

It appears from the pleadings filed in the above-captioned action that it involves questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Kocoras.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 181 F.R.D. 1, 10 (1998), the above-captioned action is hereby transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of February 10, 2000, and, with the consent of that court, assigned to the Honorable Charles P. Kocoras.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 8 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED MAY 1 '00